

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carol Johnene Morris,                     * From the County Court at Law
                                              No. 2 of Midland County,
                                              Trial Court No. CC15623.

Vs. No. 11-12-00079-CV                    * May 22, 2014

Deere & Company d/b/a John                * Memorandum Opinion by Bailey, J.
Deere Company,                               (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

          This court has inspected the record in this cause and concludes that there is no

error in the judgment below.   Therefore, in accordance with this court's opinion, the

judgment of the trial court is in all things affirmed.